ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| PHOUK KEOKHAM, | CASE NO. 2:07-CV-00426-EFB |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S ANSWER** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to respond to Defendant's answer by filing a motion for summary judgment and/or remand, the request is hereby APPROVED.

Plaintiff shall file her motion on or before November 29, 2007.

SO ORDERED.

DATED: October 24, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE